Michael A. Brain
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Street, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Attorneys for Plaintiff, Door Tech, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of DOOR TECH, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA PAYMENT BOND NO. 105249070,<br><br>      Defendant. | Case No. 3:11-cv-00242-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective counsel of record, and hereby advise the Court that the matter has been resolved and that the parties stipulate and agree that all claims asserted in this case may be dismissed, with prejudice, with each party to bear all of their own costs and attorney's fees.

DATED at Anchorage, Alaska, this 9th day of March, 2012.

        LAW OFFICES OF ROYCE & BRAIN
        Counsel for Plaintiff

        s/ Michael A. Brain
        1407 W. 31st Avenue, 7th Floor
        Anchorage, Alaska 99503
        Telephone: 907-258-6792
        Facsimile: 907-276-2919
        E-mail: mbrain@roycebrain.com
        Alaska Bar Association No. 8505024

DATED at Anchorage, Alaska, this 9th day of March, 2012.

        OLES MORISSON RINKER & BAKER LLP
        Counsel for Defendant

        s/ Jessy J. Vasquez
        745 West Fourth Avenue, Suite 502
        Anchorage, Alaska 99501
        Telephone: 907-258-0106
        Facsimile: 907-258-5519
        E-mail: vasquez@oles.com
        Alaska Bar Association No. 0911065

*Stipulation for Dismissal with Prejudice*, Page 2 of 2
Door Tech, LLC v. Travelers Casualty and Surety Company of America
Case No. 3:11-cv-00242-TMB

Case 3:11-cv-00242-TMB   Document 9   Filed 03/09/12   Page 2 of 2