Michael A. Brain
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Street, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Attorneys for Plaintiff, Door Tech, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of DOOR TECH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA PAYMENT BOND NO. 105249070,<br><br>    Defendant. | Case No. 3:11-cv-00242-TMB |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Use Plaintiff, Door Tech, LLC and Defendant, Travelers Casualty and Surety Company of America, by and through their respective counsel, have stipulated and agreed that this action shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: March 12, 2012        s/TIMOTHY M. BURGESS
                                            Honorable Timothy M. Burgess
                                            U.S. District Court Judge